MR

FILED
OCT 17 2025 PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

jerelle-thomas: smith, a living man, in private capacity

v.

Baxter Credit Union, a corporate person in commerce

1:25-cv-12711
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

**NOTICE OF DISCLOSURE UNDER LOCAL RULE 3.2**
*(Private Equity Record – No Corporate Affiliations)*

1. I, jerelle-thomas: smith, am a living, breathing, sentient man in private capacity. I am not a statutory "person," not a corporation, not a franchise, and not a ward or subject of any state or federal entity.

2. I have no parent corporation, subsidiary, affiliate, or other artificial entity related to this matter. No publicly traded company holds any ownership, control, or financial interest in me or in my estate.

3. This disclosure is made only to confirm that nothing in Local Rule 3.2 applies to a living man in private capacity. All statements herein are made under reservation of rights and without adhesion to any foreign or statutory jurisdiction.

Executed on the land commonly called Georgia, on __October 6th__ (2025).

By: jerelle-thomas: smith, a living man
Executor – Beneficiary – Creditor
All Rights Reserved Without Prejudice UCC 1-308

Autograph _without prejudice_ _jerelee-thoms: smit ARR UCC 1-308_
_Executor - Beneficiary - Creditor_

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

**USPS CERTIFIED MAIL**



9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

$6.04  US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275

063S0011485645

jtsbillofequity

RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 14 REC'D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

9590 9402 8964 4064 9299 97

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt