

**FILED**

OCT 17 2025 RJJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

jerelle-thomas: smith, a living man, in private capacity,
Presenter in Equity,

v.

Baxter Credit Union, a corporate person in commerce,

Case No.: _____

1:25-cv-12711
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

## NOTICE OF LIVING AUTOGRAPH DECLARATION

1. **Living Autograph and Seal.** I, jerelle-thomas: smith, a living man in private capacity, place my **autograph in red ink** on filings in this matter. This red autograph is my living mark and seal. It is not a corporate signature or a grant of adhesion.

2. **Reservation of Rights.** All filings and autographs are made **without prejudice and under reservation of rights, UCC 1-308.**

3. **Clerk's Ministerial Role.** Acceptance and docketing are **ministerial, not discretionary**. Fed. R. Civ. P. 5(d)(4) provides that the clerk **must not refuse** a filing for nonconformity of form. Ink color does not impair legibility and is not grounds for refusal.

4. **No Waiver or Joinder.** Use of red ink does **not** waive any rights, does **not** create joinder to any foreign or statutory jurisdiction, and does **not** alter the substance of any filing.

5. **Legibility and Authenticity.** The red autograph is plainly legible and uniquely identifies the living man. Copies served on the other side will show the same autograph as placed on the court's copy.

6. **Notice to All Recipients.** Each recipient is on notice that the red autograph denotes a living autograph and not a corporate signature, and that all rights remain reserved.

Dated: 10/6/2025

By: jerelle-thomas: smith, a living man, in private capacity
Mailing: c/o 3460 Kingsboro Road NE, Apt. 517, Atlanta, Georgia 30326
Email: magnates.amexum.trust@proton.me
Telephone: (937) 344-7946

Autograph: _jerelle-thomas: smith_ ARR UCC 1-308 (in red ink)
without prejudice
Executor – Beneficiary – Creditor

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

**USPS CERTIFIED MAIL**



9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

$6.04    US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275

063S0011485645

jtsbillofequity

RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 14 REC'D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

9590 9402 8964 4064 9299 97

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt