

EMERGENCY EQUITY PRESENTMENT FOR IMMEDIATE TEMPORARY RESTRAINING ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

jerelle-thomas: smith, a living man, )
)
Presenter in Equity, )
) EMERGENCY PRESENTMENT FOR
v. ) TEMPORARY RESTRAINING ORDER
)
Baxter Credit Union, )
)
Respondent in Equity. )

**FILED**

OCT 17 2025  PJJ

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

1:25-cv-12711
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

## EMERGENCY EQUITY PRESENTMENT FOR IMMEDIATE TEMPORARY RESTRAINING ORDER

### REFERENCE TO MASTER EQUITY BILL

This Emergency Presentment for TRO is supplemental to and incorporated within the pending Bill in Equity of jerelle-thomas: smith, a living man, filed in this venue. That Bill in Equity already establishes the living man's standing, venue, and remedy, and contains a Final Word and Exclusive Cure Window. Nothing herein waives or modifies those terms. This TRO is required only to prevent further irreparable harm to the estate while the Bill in Equity proceeds.

### TESTIMONY UNDER THE ALMIGHTY (El Elyon / El Shaddai / Yahweh) AND RESERVATION

I, jerelle-thomas: smith, a living man in private capacity, Executor-Beneficiary-Creditor of my estate, testify under the Almighty and under penalty of perjury. I present this emergency request to halt further trespass upon the res and to preserve all records. This presentment is under reservation of rights, UCC 1-308. Any reference to federal rules is mirror only and creates no adhesion.

### FACTS

1. Respondent Baxter Credit Union controls two accounts: Cadillac account 6387-L02 and Mercedes account 6387-L01.

2. After receiving notice that all authorization was revoked and auto-pay removed, Respondent continued takings masked as "offsets."

Page 1 of 3

EMERGENCY EQUITY PRESENTMENT FOR IMMEDIATE TEMPORARY RESTRAINING ORDER

3. On August 1, 2025, Respondent seized 322.92 dollars from Cadillac and 288.88 dollars from Mercedes.

4. On September 4, 2025, Respondent seized 322.92 dollars from Cadillac and 577.76 dollars from Mercedes.

5. On October 1, 2025, Respondent seized 322.92 dollars from Cadillac.

6. As of October 3, 2025, Respondent has taken 1,835.40 dollars in unlawful "offsets."

7. Further takings are expected beginning October 4, 2025, unless restrained immediately.

8. Baxter Credit Union has withheld full ledgers, amortization actually used, finance-charge computations, and instrument disposition records while continuing these takings.

### IRREPARABLE HARM, BALANCE, AND PUBLIC INTEREST

9. Unilateral offsets deplete funds, risk repossession activity, lien assertions, and adverse reporting, and are not fully compensable by money damages

10. A brief standstill maintains the status quo and imposes minimal burden on Baxter Credit Union while the books are opened.

11. Preserving records and halting unilateral takings serves the public interest in accurate account administration.

### SPECIFIC PERFORMANCE REQUIRED

1. Baxter Credit Union shall immediately cease all offsets, debits, charges, collections, repossession actions, lien assertions, and adverse reporting concerning accounts 6387-L01 and 6387-L02.

2. Baxter Credit Union shall preserve intact all ledgers, amortization data, instrument files, electronic signature records, insurance files, and related books and records concerning these accounts, with no alteration, destruction, or concealment.

3. This order should remain in effect for 14 days from entry unless extended, Fed. R. Civ. P. 65(b)(2) (mirror only).

4. Security should be waived under Rule 65(c) or set at a nominal amount (mirror only).

5. Set the earliest available date and time for a preliminary injunction hearing.

### CERTIFICATION REGARDING NOTICE

EMERGENCY EQUITY PRESENTMENT FOR IMMEDIATE TEMPORARY RESTRAINING ORDER

I certify that I have given or attempted to give notice of this emergency presentment to Baxter Credit Union by email and fax. If additional notice is required, I will provide it as directed by the court.

## VERIFICATION

I declare under the Almighty and under penalty of perjury that the facts stated in this emergency presentment are true and correct to the best of my knowledge, information, and belief.

## TESTIMONY UNDER THE ALMIGHTY

I, jerelle-thomas: smith, a living man, testify under God and under penalty of perjury that the foregoing is true, correct, and complete. I speak only in private capacity as Executor–Beneficiary–Creditor of my estate.

## CERTIFICATE OF SERVICE

I certify that on 10/3/2025, I served this Emergency Presentment for Temporary Restraining Order and the accompanying proposed order by:

1. Email to Baxter Credit Union at Jade.Robar@bcu.org, David.Brydun@bcu.org, Kerriann.Mills@bcu.org, & Mike.Valentine@bcu.org.
2. Certified mail, return receipt requested, to Baxter Credit Union, 1110 W Lake Cook Road, Deerfield, Illinois 60015, and to its registered agent, Peter N. Metrou, at 123 W. Washington Street, Suite 216, Oswego, Illinois 60543.
3. Email to Baxter Credit Union's registered agent, Peter N. Metrou at compliancemail@cscglobal.com and info@metandnem.com.
4. Fax to Baxter Credit Union's registered agent, Peter N. Metrou, at 630-551-7174.
5. Fax to Baxter Credit Union at 877-291-4602, 847-932-8101, 609-718-1735.

By: jerelle-thomas: smith, a living man

Executor–Beneficiary–Creditor

All Rights Reserved UCC 1-308

without prejudice          Date: October 3, 2025

Autograph: jerelle-thomas: smith ARR UCC 1-308
Executor-Beneficiary-Creditor

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

$6.04 US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275

063S0011485645

**USPS CERTIFIED MAIL**



9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

jtsbillofequity



RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 14 REC'D

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N. of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

9590 9402 8964 4064 9299 97

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt