MR

## NOTICE OF EMERGENCY PRESENTMENT TO CLERK (MINISTERIAL)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 17 2025  PJJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**jerelle-thomas: smith**, a living man, in private capacity,
Presenter in Equity,

v.

Baxter Credit Union, corporate person in commerce.

Case No.: _____

### NOTICE OF EMERGENCY PRESENTMENT TO CLERK (MINISTERIAL)

This Emergency Bill in Equity and Emergency Motion for Temporary Restraining Order are presented under reservation of rights, UCC 1-308. Your role is ministerial, not discretionary. Fed. R. Civ. P. 5(d)(4) states filings may not be refused for form. 28 U.S.C. § 1915(a) recognizes fee deferral upon proper request. Any rule references herein are mirror only and create no adhesion.

**Ministerial Directions:**

1. Accept and docket the Emergency Bill in Equity and the Emergency TRO Motion now presented.
2. Issue a summons for Baxter Credit Union.
3. Route the emergency filings to a judicial officer for immediate consideration.
4. Upon issuance, hold the proposed orders with the motion for prompt review.

**Immediate Grounds:** Ongoing unilateral "offsets" and related actions are causing continuing harm. A short standstill is required to preserve the status quo and records while the books are opened.

**Presenter in Equity:**

I, **jerelle-thomas: smith**, a living man, testify under the Almighty and under penalty of perjury that this emergency presentment is true and correct to the best of my knowledge, information, and belief. All Rights Reserved, Without Prejudice, UCC 1-308.

Date: 10/6/2025

By: **jerelle-thomas: smith**, a living man, in private capacity
Mailing: c/o 3460 Kingsboro Road NE, Apt. 517, Atlanta, Georgia 30326
Email: magnates.amexum.trust@proton.me | Tel: (937) 344-7946

Autograph: *without prejudice* jerelee-thomas: smith ARR UCC 1-308
Executor-Beneficiary-Creditor

1:25-cv-12711
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

$6.04 US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275

063S0011485645

**USPS CERTIFIED MAIL**



9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

jtsbillofequity

RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 14 REC'D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N. of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

9590 9402 8964 4064 9299 97

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt