

1:25-cv-12711
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**jerelle-thomas: smith**, a living man,
Executor–Beneficiary–Creditor,
in private capacity,
Presenter in Equity,

v.

**Baxter Credit Union,**
Corporate Person in Commerce,
Respondent in Equity.

RECEIVED
OCT 17 2025 · PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---

### [PROPOSED] TEMPORARY RESTRAINING ORDER

IT IS ORDERED THAT:

1. Baxter Credit Union shall immediately cease all offsets, debits, charges, collections, repossession actions, lien assertions, and adverse reporting concerning accounts 6387-L01 and 6387-L02.

2. Baxter Credit Union shall preserve intact all ledgers, amortization data, instrument files, and records concerning the above accounts, with no alteration, destruction, or concealment.

3. This Order shall remain in effect for **14 days from entry unless extended** pursuant to Fed. R. Civ. P. 65(b)(2).

4. **Security is waived under Rule 65(c)** (or alternatively, set at $_____).

5. A preliminary injunction hearing is scheduled for _____, at _____.

Dated: _____

---

United States District Judge

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

$6.04 US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275

063S0011485645




USPS CERTIFIED MAIL



9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

jtsbillofequity



RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 14 REC'D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N. of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

9590 9402 8964 4064 9299 97

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt