

**MOTION TO TRANSMIT SUMMONS TO U.S. MARSHALS (RULE 4(c)(3)) — MINISTERIAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 17 2025 PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

jerelle-thomas: smith, a living man, in private capacity, Presenter in Equity,

v.

Baxter Credit Union, corporate person in commerce.

Case No.: _____

1:25-cv-12711
Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

**MOTION TO TRANSMIT SUMMONS TO U.S. MARSHALS (RULE 4(c)(3))**

Under reservation of rights (UCC 1-308), the living man requests a ministerial order directing the Clerk to forward the issued summons and the filed initiating papers to the United States Marshals Service for service pursuant to Fed. R. Civ. P. 4(c)(3) (mirror only, no adhesion).

**Requested ministerial action:**

1. Upon issuance of the summons, direct the Clerk to transmit the summons and the initiating papers to the U.S. Marshals Service for service on:

   - **Baxter Credit Union**
     1110 W. Lake Cook Road, Deerfield, IL 60015

   - **Registered Agent (Illinois): Peter N. Metrou**
     123 W. Washington Street, Suite 216, Oswego, IL 60543

2. Authorize service at any additional BCU locations or registered-agent addresses that appear in state records.

3. Permit service by the Marshals promptly and return of proof of service to the docket.

**Grounds:** This is a matter requiring prompt, neutral service to avoid delay and to ensure accurate proof of service while emergency relief is pending.

I testify under the Almighty and under penalty of perjury that the statements above are true and correct to the best of my knowledge, information, and belief. All Rights Reserved, Without Prejudice, UCC 1-308.

Date: 10/6/2025

By: jerelle-thomas: smith, a living man, in private capacity
Mailing: c/o 3460 Kingsboro Road NE, Apt. 517, Atlanta, Georgia 30326
Email: magnates.amexum.trust@proton.me | Tel: (937) 344-7946

Autograph: *jerlee-thomas: smit ARR UCC 1-308 Executor-Beneficiary-Creditor without prejudice*

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

**USPS CERTIFIED MAIL**



9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

$6.04 US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275



063S0011485645

jtsbillofequity



RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 1 4 REC'D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N. of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

9590 9402 8964 4064 9299 97

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt