

<u>**PRIVATE MINISTERIAL DIRECTIVE**</u>

**To:** Thomas G. Bruton, Honorable Clerk of Court
U.S. District Court – Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

**1:25-cv-12711**
**Judge Martha M. Pacold**
**Magistrate Judge Gabriel A. Fuentes**
**RANDOM / Cat. 2**

FILED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**From:** jerelle-thomas: smith, a living man
Executor–Beneficiary–Creditor to the private estate
c/o 3460 Kingsboro Road NE, Apt. 517
Atlanta, Georgia [30326]

**Date:** October 10, 2025

**Subject:** Verified Bill in Equity – Ministerial Filing Under Supreme Law, Treaty, and Equity Jurisdiction

**NOTICE: MANDATORY MINISTERIAL DUTY ACTIVATED UNDER SUPREME LAW**
**FAILURE TO ACT CONSTITUTES BREACH OF TRUST & CONSTRUCTIVE FRAUD**

# I. FOUNDATION OF AUTHORITY: SUPREME LAW COMMANDS

This private equity presentment is made pursuant to the following Supreme Law instruments, which bind your office by oath:

- **Article VI, Constitution for the United States of America**:

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made... shall be the Supreme Law of the Land; and the Judges in every State shall be bound thereby..."

- **Treaty of Peace and Friendship (1786/1836)** between Morocco and the United States — reaffirmed, perpetual, and international in scope. It is a binding treaty under Article VI.

- **Marbury v. Madison, 5 U.S. 137 (1803)**:

"All laws repugnant to the Constitution are null and void."

- **Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)**:

"Governments descending to the level of private corporations are subject to commercial law and cannot claim sovereign immunity."

- **House Joint Resolution 192 (1933)**:

Acknowledges the removal of lawful money, requiring that all debts be discharged in equity.

- **Maxims of Equity** (controlling):

    o Equity will not suffer a wrong without a remedy.

**NOTICE TO CLERK IS NOTICE TO JUDGE · NOTICE TO JUDGE IS NOTICE TO ALL AGENTS AND ACTORS**
**MINISTERIAL DUTY IS NON-DISCRETIONARY AND MANDATORY UPON RECEIPT**
**SILENCE = ACCEPTANCE · OBSTRUCTION = CONSTRUCTIVE FRAUD**
**EQUITY ACTS IN PERSONAM AGAINST TRUSTEES WHO BREACH DUTY**
**CLEARFIELD DOCTRINE APPLIES: CLERK ACTING IN COMMERCE FORFEITS IMMUNITY**

**NOTICE TO CLERK IS NOTICE TO JUDGE · NOTICE TO JUDGE IS NOTICE TO ALL AGENTS AND ACTORS**
**MINISTERIAL DUTY IS NON-DISCRETIONARY AND MANDATORY UPON RECEIPT**

- Equity acts in personam (upon the trustee).
- Equity regards as done that which ought to be done.
- Equity aids the vigilant, not those who slumber on their rights.

---

This presentment serves not only as a lawful directive but also as an instructive clarification of the lawful duties now engaged. The honorable Clerk is hereby extended the opportunity to reaffirm the oath of office and carry out ministerial duties with full comprehension of the Supreme and equitable framework herein outlined. Ignorance of this construct shall not excuse performance.

---

## II. MINISTERIAL DUTY OF THE CLERK (NON-DISCRETIONARY)

As Clerk of Court, you are not being asked to act judicially. You are not summoned to interpret or adjudicate. Instead, you are respectfully and firmly instructed to fulfill your **ministerial obligations** as a **Public Trustee**, without prejudice, delay, or obstruction:

1. **ACCEPT** the Verified Bill in Equity and accompanying exhibits;
2. **FILE AND DOCKET** the private presentment under exclusive equity jurisdiction;
3. **ROUTE** directly and immediately to a qualified Article III judge capable of sitting in equity;
4. **HONOR AND PRESERVE** the private seal, thumbprint, and autograph without alteration;
5. **MAINTAIN** the private trust format of all identifying information on the record.

These actions are mandated by your oath under the Supreme Law, not requested.

---

## III. SELF-EXECUTING CONSEQUENCES UPON NON-PERFORMANCE

In accordance with equity jurisprudence, this directive includes built-in consequences:

- **NOTICE OF CONSTRUCTIVE ACCEPTANCE:**

If you fail to perform the above within **72 hours of receipt**, such silence shall be deemed:

- Acceptance of all factual allegations in the Verified Bill in Equity;
- Constructive admission of breach of fiduciary duty;
- Activation of equitable liens against your official and personal bonds;

**NOTICE TO CLERK IS NOTICE TO JUDGE · NOTICE TO JUDGE IS NOTICE TO ALL AGENTS AND ACTORS**
**MINISTERIAL DUTY IS NON-DISCRETIONARY AND MANDATORY UPON RECEIPT**

- Personal liability for any injury arising from obstruction, delay, or misconduct under color of law.

"Equity regards as done that which ought to be done."

---

## IV. TRUST-TO-TRUST COMMUNICATION

This is a **Private Trust Matter**. The parties are:

- **Living Beneficiary:** jerelle-thomas: smith
- **Public Trustee:** Thomas G. Bruton, Clerk of Court

There is **no joinder** to any commercial fiction, corporate person, or U.S. citizen. All identifying elements are presented in **trust format** to protect the private estate.

By your oath and your role, you are bound to comply. Your cooperation honors both the trust reposed in your office and your role in ensuring equity is not denied to the people.

---

## V. FINAL WORD & RECORD INTEGRITY NOTICE

May this private notice be received in honor and good faith. Should you require clarification **solely regarding your ministerial role**, you may contact the undersigned privately:

magnates.amexum.trust@proton.me

**Record Integrity Notice:**
Please be advised: the Verified Bill in Equity, this ministerial cover letter, and all accompanying exhibits provided to your office are **photostatic copies** of the original master presentment held in private custody by the undersigned. The master original contains a **wet autograph, a fingerprint seal, and an affixed postage stamp, all of which are recorded and** preserved in equity for authentication. Any alterations, additions, redactions, or unauthorized notations by your office or opposing parties shall constitute **tampering, dishonor, and obstruction of a private trust instrument**, with full consequences under equity.

**This cover letter, too, bears the wet autograph, fingerprint seal, and affixed postage stamp on the reverse side of the final page, attesting to its origin and approval by the living man.**

Respectfully submitted under the Supreme Law of the Land,

jerelle-thomas: smith, a living man
Executor–Beneficiary–Creditor to the Private Estate
**All Rights Reserved. Without Prejudice.**
Trust Seal & Thumbprint Affixed [Reverse Side]
Autograph: _jerlee-thomas: smith ARR without prejudice_

**SILENCE = ACCEPTANCE · OBSTRUCTION = CONSTRUCTIVE FRAUD**
**EQUITY ACTS IN PERSONAM AGAINST TRUSTEES WHO BREACH DUTY**
**CLEARFIELD DOCTRINE APPLIES: CLERK ACTING IN COMMERCE FORFEITS IMMUNITY**
Page 3 of 3

This presentment is hearby sealed, authenticated, and verified by the living aboriginal man: jerelle-thomas:smith, in full private trust capacity.

Executed with autograph, thumbprint, and postage stamp in accord with exclusive equity, private ministral jurisdiction, and the Supreme Law of the Land.

All Rights Reserved - Without Prejudice

Affixed and sealed this October 10th day of 2025.

without prejudice
jerelle-thomas:smith ARR

Exr Ben.Cred.
jerelle-thomas. smith
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

**USPS CERTIFIED MAIL**

9407 1118 9876 5470 8974 90

US District Court N District of Illinois
Honorable Thomas G. Bruton
219 S DEARBORN ST
CHICAGO IL 60604-1702

$6.04  US POSTAGE
FIRST-CLASS IMI
Oct 10 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275

063S0011485645

jtsbillofequity

RECEIVED
OCT 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCT 14 REC'D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas G. Burton, Clerk of Court
US District Court N of Illinois
219 Dearborn Street
Chicago, Illinois [60604]

9590 9402 8964 4064 9299 97

2. Article Number (Transfer from service label)

9407 1118 9876 5470 8974 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt