[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| jerelle-thomas: smith™ © — Executor–Beneficiary–Creditor, a living man in private capacity ) | |
| Plaintiff ) | Case Number: 1:25-cv-12711 |
| v. ) | Judge: Martha M. Pacold |
| Corporate Person in Commerce: Baxter Credit Union (BCU) ) | Magistrate Judge: Gabriel A. Fuentes |
| Defendant ) | |

Testimony under God and under penalty of perjury: I, **jerelle-thomas: smith™ ©,** a living man in private capacity, appear in equity only as Executor–Beneficiary–Creditor of the private trust estate. I do not appear generally, nor do I grant jurisdiction to any statutory tribunal, fiction, or corporate overlay. I move strictly under equity, law of nations, and private trust law. This notice is a limited special appearance in equity for the purpose of preserving rights, enforcing fiduciary obligations, and compelling specific performance. No agency, joinder, nor adhesion contract is implied, granted, or created by this notice. Venue is on the land known as Atlanta, Georgia at latitude 33.8496° N, longitude 84.3580° W (WGS84 datum). All rights reserved and without prejudice, UCC 1-308.

Autograph (in red): **jerelle-thomas: smith™ ©**
Executor–Beneficiary–Creditor
Dated: 10/28/2025

Autograph: *without prejudice* *jerelle-thomas: smith ARR UCC 1-308 Executor-Beneficiary-Creditor*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]