RECEIVED BC MAN
11/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT**
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
Non-statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

[Private Record of: jerelle-thomas: smith™ ©]
c/o 3460 Kingsboro Road NE, Apt. 517
Atlanta, Georgia [30326]

November 11, 2025

**To:**
Thomas G. Burton – Clerk of Court
Hon. Martha M. Pacold – Article III Judge
Hon. Gabriel A. Fuentes – Magistrate Chancellor
United States District Court – Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois [60604]

---

**RE: NOTICE OF COMPLETED SERVICE & FINAL CURE DEADLINE**
Case No. 1:25-cv-12711

---

## TESTIMONY UNDER THE ALMIGHTY BY THE LIVING MAN

Let the record reflect:

I, **jerelle-thomas: smith™ ©**, a living man, **Executor–Beneficiary–Creditor of the private estate**, appearing sui juris and without submission to any inferior jurisdiction, issue this private-side presentment to the Court of Record under Article III, Section 2. I do not appear by consent, license, or franchise. I do not "plead," "petition," or "request." I give lawful notice and require specific performance in equity. This record stands as a ministerial tender under natural right and trust duty.

## I. NOTICE OF SERVICE COMPLETED — LAWFUL UNDER FRCP 4 & ILLINOIS LAW

This Court is hereby noticed that **Baxter Credit Union** was lawfully served with the full **Bill in Equity**, exhibits, and required notices on **November 11, 2025**. *The process server's affidavit confirms delivery to the authorized agent during business hours at the specified location.*

**Statutory Basis of Procedural Sufficiency (Mirrored, Not Consented):**
Service was effected in full accordance with:
– **FRCP 4(h)(1)(A)** and **FRCP 4(e)(1)**
– Incorporating **735 ILCS 5/2-204** (Illinois Code of Civil Procedure)
Service occurred by hand delivery to **Megan Kelly, Senior Director of Human Resources**, an authorized agent of the corporation at its principal place of business:

**340 N Milwaukee Ave, Vernon Hills, IL 60061**

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

Sworn proof of service is enclosed on **AO Form 440**.

---

## II. OFFICIAL CURE WINDOW — FINAL EQUITY DEADLINE: DECEMBER 2, 2025

As lawfully stipulated in the served Bill in Equity, the Respondent is granted a cure period of twenty-one (21) calendar days commencing November 11, 2025. The final day to cure is:

**CURE DEADLINE: Tuesday, December 2, 2025**

**Required Form of Cure:**
The only acceptable response shall be a sworn, point-by-point counter-affidavit, signed under penalty of perjury by a **natural person—a living man or woman—with actual authority to bind the Respondent corporation**, who thereby accepts full commercial and fiduciary liability.

**The signatory must expressly attest to:**

1. Their status as a natural person (not acting as attorney, agent, or representative)
2. Their actual authority to settle this matter and bind the Respondent
3. Their personal assumption of liability for the truth and consequences of their statements

Failure to provide such a sworn counter-affidavit by the deadline shall result in:

- The immediate locking of the administrative record
- Final default by tacit acquiescence and confession of judgment
- Estoppel from denying any material fact
- Commercial dishonor under the law of merchants

---

## III. CHANCELLOR'S DUTY UPON DEFAULT – ARTICLE III MANDATE

This matter exists exclusively in equity. The law provides no adequate remedy; thus, equity must intervene. Upon Respondent's failure to cure, this Court **shall** proceed in its original capacity as a Court of Conscience and Chancery.

Upon default, the living man **shall require** this Court to:

1. Enter Final Judgment in Equity by Default
2. Order **the Specific Performance and Remedies as detailed in the Bill in Equity**
3. Award **full restitution, disgorgement, injunction, and all equitable relief necessary** to restore balance and honor

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

This Court, **sitting as a Court of Equity**, is hereby **duty-bound** to exercise its Article III equitable jurisdiction—**as demanded by the unrebutted facts and commercial dishonor now of record**—to provide the remedy that justice requires.

## IV. JURISDICTIONAL DISCLAIMER

Let it be known: this filing is **not** a motion, pleading, or petition. It is a **private ministerial presentment** under equity, trust, and natural law. It does not constitute:

- A statutory appearance
- Joinder to any municipal or U.S. corporate fiction
- Consent to federal overlays or commercial code
- Waiver of private estate rights or standing as living heir

This Court possesses an independent duty to assess its jurisdiction, which is properly invoked here under the diversity clause of Article III, Section 2, as a dispute between a private estate and a corporate citizen of Illinois.

**All Rights Reserved** – without prejudice and under UCC 1-308.

## V. FINAL WORD

This presentment is **final and self-executing**. If no proper sworn rebuttal is entered by **December 2, 2025**, the **Respondent shall be held in default**, and equity shall proceed to final judgment without further presentment.

This cover letter and enclosure now form part of the **superior private administrative record**.
**Geodetic Venue Seal**
Executed on the land commonly known as **Atlanta, Georgia (unincorporated)**
**Latitude 33.8480° N – Longitude 84.3725° W (WGS84)**
Venue is fixed on land — no admiralty or maritime overlay presumed.

### MINISTERIAL REQUEST
Please docket this Notice and the enclosed Proof of Service to the official case record.

**Enclosure:**
• AO Form 440 – Sworn Proof of Service

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent**
**Respectfully tendered for the private-side record,**

jerelle-thomas: smith™ ©

Executor–Beneficiary–Creditor | Living Man, sui juris
Private Trust Office – M.A.F.T. Estate

*[Handwritten in red:] without prejudice / jerelle-thomas: smith ARR UCC 1-308*