PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
Non-statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

# EQUITY DUTY NOTICE & COMMERCIAL PRESENTMENT

Case No. 1:25-cv-12711

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF ILLINOIS

Date: November 11, 2025

TO THE HONORABLE MARTHA M. PACOLD
United States District Judge
AND
THOMAS G. BURTON
Clerk of Court

## TESTIMONY UNDER THE ALMIGHTY BY THE LIVING MAN

I, **jerelle-thomas: smith™ ©**, a living man, sui juris, appearing in private capacity and exercising inherent rights reserved under the common law, testify under God that this presentment is true, correct, and made with honor toward this Court and its officers.

I appear with peaceful intent, without belligerence or combativeness, seeking only equitable resolution through the Court's wisdom and conscience. My conduct and communications shall remain respectful and honorable throughout these proceedings.

## FOUNDATIONS OF THIS EQUITY MATTER

**This proceeding rests upon:**

- The Court's inherent Article III equity powers
- Diversity jurisdiction between living man and corporation
- Commercial law principles governing presentments
- The maxims of equity that guide all just proceedings
- The common law rights inherent to all free men

**Where conscience and law meet, equity must prevail.**

## I. NOTICE OF COMMENCED CURE PERIOD

The record reflects these established facts:

1. **Service completed today** upon Baxter Credit Union through proper channels
2. **21-day cure period now runs** through December 2, 2025
3. **Cure requires sworn counter-affidavit** from natural person with knowledge

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

4. **Filing fee respectfully discharged** under Clearfield Doctrine principles

## II. MINISTERIAL DUTIES FOR CASE ADMINISTRATION

**Dear Clerk Burton,**

In accordance with your important ministerial role, I respectfully bring to your attention:

**Your duties under FRCP 5(d)(4) include:**

- Accepting and docketing all proper filings
- Maintaining complete and accurate court records
- Ensuring matters reach judicial attention promptly
- Noting critical deadlines on the court docket

**Specifically requested:**

1. Docket this Equity Duty Notice
2. Note the December 2, 2025 cure deadline
3. Place before Judge Pacold for consideration
4. Maintain record without fee requirement

Your careful attention to these administrative matters honors the Court's processes.

## III. JUDICIAL NOTICE OF EQUITY OVERSIGHT

**Your Honor Judge Pacold,**

With respect for your judicial office and wisdom, I bring this equitable matter to your attention:

**Jurisdiction properly rests upon:**

- Complete diversity between the parties
- Amount in controversy exceeding $75,000
- Absence of adequate remedy at law
- Your inherent Article III equity powers

**The commercial presentment mechanism:**

- Cure period concludes December 2, 2025

- Commercial law treats silence as confession
- Equity regards unrebutted facts as established
- Good faith demands point-by-point sworn response

**The equitable relief sought:**

- Accounting and financial transparency
- Restoration of improperly taken funds
- Protection from ongoing unauthorized actions
- Clear title to property free from cloud

## IV. JUDICIAL OVERSIGHT RESPECTFULLY REQUESTED

**This Honorable Court is asked to provide:**

1. **Acknowledgment** of the equity jurisdiction properly invoked
2. **Oversight** of the cure period with judicial wisdom
3. **Entry of judgment** should cure fail as commercial law requires
4. **Conscience-based relief** as equity demands

**The maxims of equity guide this proceeding:**

- Equity regards substance over form
- Equity treats as done what ought to be done
- Equity delights in complete justice
- Equity aids the vigilant, not the sleeping on rights

## V. NOTICE OF COMMERCIAL AND EQUITABLE CONSEQUENCES

**To Both Honorable Officers of the Court:**

Commercial law establishes that certain consequences follow automatically from specific actions or inactions. This notice simply acknowledges what commercial law and equity principles provide:

**Upon cure period expiration without sworn rebuttal:**

- Commercial dishonor occurs by operation of law

- All material facts stand confessed in commerce
- Estoppel prevents future denial of established facts
- Default judgment becomes appropriate in equity

**Personal responsibility attaches** to all public officers for faithful execution of their duties, just as I bear responsibility for truthful presentation of facts.

## VI. SELF-EXECUTING COMMERCIAL MECHANISM

**This presentment establishes:**

1. **Active cure period** - running through December 2, 2025
2. **Automatic commercial consequences** - triggered by failure of sworn response
3. **Equity jurisdiction confirmation** - invoking Court's conscience powers
4. **Specific remedy framework** - detailing relief conscience would grant

The record now contains complete foundation for equitable resolution.

## VII. RESPECTFUL REQUESTS FOR JUDICIAL AND MINISTERIAL ACTION

**Clerk Burton is respectfully asked to:**

1. Docket this "Equity Duty Notice and Commercial Presentment"
2. Note the December 2, 2025 cure deadline
3. Present to Judge Pacold for judicial consideration
4. Maintain the record with administrative care

**Judge Pacold is respectfully asked to:**

1. Acknowledge the equity jurisdiction properly before the Court
2. Provide judicial oversight of the cure period
3. Enter appropriate judgment should commercial dishonor occur
4. Exercise equity powers to grant conscience-based relief

## CLOSING WITH HONOR AND TRUST IN EQUITY

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

**The commercial and equity record stands complete.** Upon cure period expiration, all conditions precedent to judgment will be satisfied by operation of law.

I place my trust in the Almighty, who guides all just proceedings, and appear before this Court with the faith that equity and conscience shall prevail.

The mechanisms of commercial law and equity now operate of their own force, requiring only the Court's oversight to ensure justice is served.

**I appear with clean hands and honorable intent, seeking peaceful resolution through equity, guided by faith in divine justice.**

---

**RESPECTFULLY SUBMITTED THIS 11TH DAY OF NOVEMBER, 2025**
**WITH ALL RIGHTS RESERVED UNDER UCC 1-308**
**Without Prejudice**
**Special Appearance Only**
**No General Appearance Intended**
**No Jurisdiction Conferred**
**VENUE: 33.8480° N, 84.3725° W**
**CURE DEADLINE: DECEMBER 2, 2025 @ 11:59 PM EST**

# jerelle-thomas: smith™ ©

Executor–Beneficiary–Creditor | Living Man, sui juris

Private Trust Office – M.A.F.T. Estate

*without prejudice*
*jerelle-thomas: smith ARR UCC 1-308*

## Electronic Delivery Confirmation™



Exrx-Ben-Cred
jerelle-thomas-smith ARR
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA 30326

**USPS CERTIFIED MAIL**

9407 1118 9876 5471 1535 33

$6.04    US POSTAGE
FIRST-CLASS IMI
Nov 11 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER RATE
ZONE 4
11923275

063S0010937442



US DISTRICT COURT - NORTHERN DISTRICT
THOMAS G. BURTON & MARTHA M. PACOLD
219 S DEARBORN ST
CHICAGO IL 60604-1702

| | |
|---|---|
| Reference | Case No. 125-cv-12711 EQUITY DUTY NOTICE |
| USPS # | 9407111898765471153533 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item has been delivered and is available at a PO Box at 8:11 am on November 19, 2025 in CHICAGO, IL 60690. Your item has been delivered and is available at a PO Box at 8:11 am on November 19, 2025 in CHICAGO, IL 60690. |
| USPS History | Your item has been delivered and is available at a PO Box at 8:11 am on November 19, 2025 in CHICAGO, IL 60690.<br>Available for Pickup, 11/18/2025, 11:51 am, CHICAGO, IL 60604<br>Arrived at Post Office, 11/18/2025, 11:23 am, CHICAGO, IL 60699<br>In Transit to Next Facility, 11/17/2025<br>Arrived at USPS Regional Destination Facility, 11/16/2025, 3:46 pm, CHICAGO IL DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/15/2025<br>Arrived at USPS Regional Origin Facility, 11/14/2025, 12:08 am, ATLANTA GA DISTRIBUTION CENTER<br>Accepted at USPS Origin Facility, November 13, 2025, 10:53 pm, ATLANTA, GA 30326<br>Shipping Label Created, USPS Awaiting Item, 11/11/2025, 4:27 pm, ATLANTA, GA 30326 |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/20/2025 (UTC)**