PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

[Private Record of: jerelle-thomas: smith™ ©]
c/o 3460 Kingsboro Road NE, Apt. 517
Atlanta, Georgia [30326]

November 11, 2025

To:
Thomas G. Burton – Clerk of Court
Hon. Martha M. Pacold – Article III Judge
Hon. Gabriel A. Fuentes – Magistrate Chancellor
United States District Court – Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois [60604]



FILED
NOV 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: NOTICE OF COMPLETED SERVICE & FINAL CURE DEADLINE
Case No. 1:25-cv-12711

## TESTIMONY UNDER THE ALMIGHTY BY THE LIVING MAN

Let the record reflect:

I, **jerelle-thomas: smith™ ©**, a living man, **Executor–Beneficiary–Creditor** of the private **estate**, appearing sui juris and without submission to any inferior jurisdiction, issue this private-side presentment to the Court of Record under Article III, Section 2. I do not appear by consent, license, or franchise. I do not "plead," "petition," or "request." I give lawful notice and require specific performance in equity. This record stands as a ministerial tender under natural right and trust duty.

## I. NOTICE OF SERVICE COMPLETED — LAWFUL UNDER FRCP 4 & ILLINOIS LAW

This Court is hereby noticed that **Baxter Credit Union** was lawfully served with the full **Bill in Equity**, exhibits, and required notices on **November 11, 2025**. *The process server's affidavit confirms delivery to the authorized agent during business hours at the specified location.*

**Statutory Basis of Procedural Sufficiency (Mirrored, Not Consented):**
Service was effected in full accordance with:
– **FRCP 4(h)(1)(A)** and **FRCP 4(e)(1)**
– Incorporating **735 ILCS 5/2-204** (Illinois Code of Civil Procedure)
Service occurred by hand delivery to **Megan Kelly, Senior Director of Human Resources**, an authorized agent of the corporation at its principal place of business:

340 N Milwaukee Ave, Vernon Hills, IL 60061

Please accept these carbon copies of the original presentments for your administrative convenience. The wet ink originals remain in record of the trust.
These are provided to assist in docketing and judicial review.

With honor,
without prejudice
jerlee-thomas:mt ARR UCC1???

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

Sworn proof of service is enclosed on **AO Form 440**.

## II. OFFICIAL CURE WINDOW — FINAL EQUITY DEADLINE: DECEMBER 2, 2025

As lawfully stipulated in the served Bill in Equity, the Respondent is granted a cure period of twenty-one (21) calendar days commencing November 11, 2025. The final day to cure is:

**CURE DEADLINE: Tuesday, December 2, 2025**

**Required Form of Cure:**
The only acceptable response shall be a sworn, point-by-point counter-affidavit, signed under penalty of perjury by a **natural person—a living man or woman—with actual authority to bind the Respondent corporation**, who thereby accepts full commercial and fiduciary liability.

**The signatory must expressly attest to:**

1. Their status as a natural person (not acting as attorney, agent, or representative)
2. Their actual authority to settle this matter and bind the Respondent
3. Their personal assumption of liability for the truth and consequences of their statements

Failure to provide such a sworn counter-affidavit by the deadline shall result in:

- The immediate locking of the administrative record
- Final default by tacit acquiescence and confession of judgment
- Estoppel from denying any material fact
- Commercial dishonor under the law of merchants

## III. CHANCELLOR'S DUTY UPON DEFAULT – ARTICLE III MANDATE

This matter exists exclusively in equity. The law provides no adequate remedy; thus, equity must intervene. Upon Respondent's failure to cure, this Court **shall** proceed in its original capacity as a Court of Conscience and Chancery.

Upon default, the living man **shall require** this Court to:

1. Enter Final Judgment in Equity by Default
2. Order **the Specific Performance and Remedies as detailed in the Bill in Equity**
3. Award **full restitution, disgorgement, injunction, and all equitable relief necessary** to restore balance and honor

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

This Court, **sitting as a Court of Equity**, is hereby **duty-bound** to exercise its Article III equitable jurisdiction—**as demanded by the unrebutted facts and commercial dishonor now of record**—to provide the remedy that justice requires.

## IV. JURISDICTIONAL DISCLAIMER

Let it be known: this filing is **not** a motion, pleading, or petition. It is a **private ministerial presentment** under equity, trust, and natural law. It does not constitute:

- A statutory appearance
- Joinder to any municipal or U.S. corporate fiction
- Consent to federal overlays or commercial code
- Waiver of private estate rights or standing as living heir

This Court possesses an independent duty to assess its jurisdiction, which is properly invoked here under the diversity clause of Article III, Section 2, as a dispute between a private estate and a corporate citizen of Illinois.

All Rights Reserved – without prejudice and under UCC 1-308.

## V. FINAL WORD

This presentment is **final and self-executing**. If no proper sworn rebuttal is entered by **December 2, 2025**, the **Respondent shall be held in default**, and equity shall proceed to final judgment without further presentment.

This cover letter and enclosure now form part of the **superior private administrative record**.
**Geodetic Venue Seal**
Executed on the land commonly known as **Atlanta, Georgia (unincorporated)**
Latitude 33.8480° N – Longitude 84.3725° W (WGS84)
Venue is fixed on land — no admiralty or maritime overlay presumed.

**MINISTERIAL REQUEST**
Please docket this Notice and the enclosed Proof of Service to the official case record.

Enclosure:
• AO Form 440 – Sworn Proof of Service

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent**
**Respectfully tendered for the private-side record,**

jerelle-thomas: smith™ ©
Executor–Beneficiary–Creditor | Living Man, sui juris
Private Trust Office – M.A.F.T. Estate

*without prejudice.*
*jerelle-thomas: smith* ARR UCC 1-308

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-12711**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **BAXTER CREDIT UNION** was recieved by me on **11/11/2025**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Megan Kelly**, who is designated by law to accept service of process on behalf of **BAXTER CREDIT UNION** at **340 N Milwaukee Ave, Vernon Hills, IL 60061** on **11/11/2025 at 9:24 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  11/11/2025

*Server's signature*

**Kathryn Wilson**
*Printed name and title*

227 W. Monroe Street
Suite 2117
Chicago, IL 60606

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, LETTER; NOTICE OF EMERGENCY PRESENTMENT TO CLERK; [PROPOSED] TEMPORARY RESTRAINING ORDER; EMERGENCY EQUITY PRESENTMENT FOR IMMEDIATE TEMPORARY RESTRAINING ORDER; [PROPOSED] PRELIMINARY INJUNCTION ORDER; Bill in Equity; EXHIBITS, to Megan Kelly who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Megan Kelly accepted paper work. Her title is senior director Human Resources.**




Tracking #: 0194716687

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

## EQUITY DUTY NOTICE & COMMERCIAL PRESENTMENT

Case No. 1:25-cv-12711

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF ILLINOIS

Date: November 11, 2025

TO THE HONORABLE MARTHA M. PACOLD
United States District Judge
AND
THOMAS G. BURTON
Clerk of Court

### TESTIMONY UNDER THE ALMIGHTY BY THE LIVING MAN

I, jerelle-thomas: smith™ ©, a living man, sui juris, appearing in private capacity and exercising inherent rights reserved under the common law, testify under God that this presentment is true, correct, and made with honor toward this Court and its officers.

I appear with peaceful intent, without belligerence or combativeness, seeking only equitable resolution through the Court's wisdom and conscience. My conduct and communications shall remain respectful and honorable throughout these proceedings.

### FOUNDATIONS OF THIS EQUITY MATTER

This proceeding rests upon:

- The Court's inherent Article III equity powers
- Diversity jurisdiction between living man and corporation
- Commercial law principles governing presentments
- The maxims of equity that guide all just proceedings
- The common law rights inherent to all free men

**Where conscience and law meet, equity must prevail.**

### I. NOTICE OF COMMENCED CURE PERIOD

The record reflects these established facts:

1. **Service completed today** upon Baxter Credit Union through proper channels
2. **21-day cure period now runs** through December 2, 2025
3. **Cure requires sworn counter-affidavit** from natural person with knowledge

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

4. **Filing fee respectfully discharged** under Clearfield Doctrine principles

## II. MINISTERIAL DUTIES FOR CASE ADMINISTRATION

**Dear Clerk Burton,**

In accordance with your important ministerial role, I respectfully bring to your attention:

**Your duties under FRCP 5(d)(4) include:**

- Accepting and docketing all proper filings
- Maintaining complete and accurate court records
- Ensuring matters reach judicial attention promptly
- Noting critical deadlines on the court docket

**Specifically requested:**

1. Docket this Equity Duty Notice
2. Note the December 2, 2025 cure deadline
3. Place before Judge Pacold for consideration
4. Maintain record without fee requirement

Your careful attention to these administrative matters honors the Court's processes.

## III. JUDICIAL NOTICE OF EQUITY OVERSIGHT

**Your Honor Judge Pacold,**

With respect for your judicial office and wisdom, I bring this equitable matter to your attention:

**Jurisdiction properly rests upon:**

- Complete diversity between the parties
- Amount in controversy exceeding $75,000
- Absence of adequate remedy at law
- Your inherent Article III equity powers

**The commercial presentment mechanism:**

- Cure period concludes December 2, 2025

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

- Commercial law treats silence as confession
- Equity regards unrebutted facts as established
- Good faith demands point-by-point sworn response

**The equitable relief sought:**

- Accounting and financial transparency
- Restoration of improperly taken funds
- Protection from ongoing unauthorized actions
- Clear title to property free from cloud

## IV. JUDICIAL OVERSIGHT RESPECTFULLY REQUESTED

**This Honorable Court is asked to provide:**

1. **Acknowledgment** of the equity jurisdiction properly invoked
2. **Oversight** of the cure period with judicial wisdom
3. **Entry of judgment** should cure fail as commercial law requires
4. **Conscience-based relief** as equity demands

**The maxims of equity guide this proceeding:**

- Equity regards substance over form
- Equity treats as done what ought to be done
- Equity delights in complete justice
- Equity aids the vigilant, not the sleeping on rights

## V. NOTICE OF COMMERCIAL AND EQUITABLE CONSEQUENCES

**To Both Honorable Officers of the Court:**

Commercial law establishes that certain consequences follow automatically from specific actions or inactions. This notice simply acknowledges what commercial law and equity principles provide:

**Upon cure period expiration without sworn rebuttal:**

- Commercial dishonor occurs by operation of law

- All material facts stand confessed in commerce
- Estoppel prevents future denial of established facts
- Default judgment becomes appropriate in equity

**Personal responsibility attaches** to all public officers for faithful execution of their duties, just as I bear responsibility for truthful presentation of facts.

## VI. SELF-EXECUTING COMMERCIAL MECHANISM

This presentment establishes:

1. **Active cure period** - running through December 2, 2025
2. **Automatic commercial consequences** - triggered by failure of sworn response
3. **Equity jurisdiction confirmation** - invoking Court's conscience powers
4. **Specific remedy framework** - detailing relief conscience would grant

The record now contains complete foundation for equitable resolution.

## VII. RESPECTFUL REQUESTS FOR JUDICIAL AND MINISTERIAL ACTION

**Clerk Burton is respectfully asked to:**

1. Docket this "Equity Duty Notice and Commercial Presentment"
2. Note the December 2, 2025 cure deadline
3. Present to Judge Pacold for judicial consideration
4. Maintain the record with administrative care

**Judge Pacold is respectfully asked to:**

1. Acknowledge the equity jurisdiction properly before the Court
2. Provide judicial oversight of the cure period
3. Enter appropriate judgment should commercial dishonor occur
4. Exercise equity powers to grant conscience-based relief

**CLOSING WITH HONOR AND TRUST IN EQUITY**

PRIVATE EQUITY RECORD - ARTICLE III CHANCERY PRESENTMENT
Executor-Beneficiary-Creditor | sui juris | Living Man in private capacity
No statutory appearance | No BAR jurisdiction assumed | Equity venue exclusively
All rights reserved under UCC 1-308 and common law

**The commercial and equity record stands complete.** Upon cure period expiration, all conditions precedent to judgment will be satisfied by operation of law.

I place my trust in the Almighty, who guides all just proceedings, and appear before this Court with the faith that equity and conscience shall prevail.

The mechanisms of commercial law and equity now operate of their own force, requiring only the Court's oversight to ensure justice is served.

**I appear with clean hands and honorable intent, seeking peaceful resolution through equity, guided by faith in divine justice.**

RESPECTFULLY SUBMITTED THIS 11TH DAY OF NOVEMBER, 2025
WITH ALL RIGHTS RESERVED UNDER UCC 1-308
Without Prejudice
Special Appearance Only
No General Appearance Intended
No Jurisdiction Conferred
VENUE: 33.8480° N, 84.3725° W
CURE DEADLINE: DECEMBER 2, 2025 @ 11:59 PM EST

# jerelle-thomas: smith™ ©

## Executor–Beneficiary–Creditor | Living Man, sui juris Private Trust Office – M.A.F.T. Estate

Exrx-Ben-Cred
jerelle-thomas-smith ARR
C/O 3460 KINGSBORO ROAD NE
APT 517
ATLANTA GA [30326]

$6.04 US POSTAGE
FIRST-CLASS IMI
Nov 11 2025
Mailed from ZIP 30326
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 4
11923275
063S0010937442

**USPS CERTIFIED MAIL**

9407 1118 9876 5471 1535 33

US DISTRICT COURT - NORTHERN DISTRICT
THOMAS G. BURTON & MARTHA M. PACOLD
219 S DEARBORN ST
CHICAGO IL 60604-1702

Case No. 125-cv-12711 EQUITY DUTY NOTICE

Not Personal
Mail - Please
Docket 25-cv-12711

RECEIVED
NOV 17 2025
US DISTRICT COURT