## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jerelle Thomas Smith
                            Plaintiff,

v.                                                    Case No.: 1:25−cv−12711
                                                      Honorable Martha M. Pacold

Baxter Credit Union
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff filed this complaint on 10/17/25 but has neither filed a completed application for leave to proceed in forma pauperis nor paid the filing fee. By 1/5/26, plaintiff must either: (1) submit a completed application for leave to proceed in forma pauperis (form is available on the court's website); or (2) pay the full statutory filing fee of $405. Failure to comply with this order by the deadline set forth above will result in this action being dismissed. The pending motions [6], [10] are denied without prejudice to renewal after the status of the filing fee is resolved. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.