**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jerelle Thomas Smith
                                Plaintiff,

v.                                                        Case No.: 1:25−cv−12711
                                                           Honorable Martha M. Pacold

Baxter Credit Union
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Case was called for telephone status hearing on 12/17/2025. Plaintiff did not appear. There is no appearance on file for Defendant Baxter Credit Union. The purpose of today's hearing was for plaintiff to inform the court of the status of service for defendant. Telephone status hearing is reset for 1/22/2026 at 9:10 a.m. To join the telephone hearing please dial 650−479−3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Having failed to participate in today's status hearing, plaintiff is warned that failure to participate in the next status hearing may result in dismissal for failure to prosecute the case and/or failure to comply with court orders. Separately, to the extent that the filing at [20] requests any relief, any requested relief is denied. Contrary to the description on the face of the docket, the first page of the filing itself disclaims that it is a motion (although the filing also attaches a proposed order, [20−1]); further, the filing is very difficult to follow, contains sovereign citizen language, and does not sufficiently establish that the requested relief is warranted. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.