FILED
12/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BC
CVK

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Jerelle Thomas Smith | ) | |
| | ) | |
| | ) | |
| | ) | 1:25-cv-12711 |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Baxter Credit Union | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Baxter Credit Union
Attn: Officer or Authorized Agent for Service of Process 340 N. Milwaukee Ave.
Vernon Hills, IL 60061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerelle Thomas Smith
c/o 2107 Faulkner Road NE
#PPE517-2
Atlanta, Georgia 30324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

Date: December 15, 2025

(By) DEPUTY CLERK

Civil Action No.   1:25-cv-12711

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Baxter Credit Union**
was recieved by me on **12/17/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Marci Holleb**, who is designated by law to accept service of process on behalf of **Baxter Credit Union** at **340 N Milwaukee Ave, Vernon Hills, IL 60061** on **12/18/2025 at 9:34 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   12/18/2025

*Server's signature*

**Kathryn Wilson**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, ALIAS SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS, to Marci Holleb who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.**




Tracking #: **0199921624**

# evidencechain™

Service Detail Report

**Jerelle Thomas Smith v. Baxter Credit Union**

Case Number 1:25-cv-12711 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

**SERVED**

## Baxter Credit Union

340 N Milwaukee Ave Vernon Hills, IL 60061-1533



### Process Server
Kathryn Wilson
License: 129344969

## Summary

Baxter Credit Union was served by Personal Service on 12/18/2025 at 9:34 AM CST by process server Kathryn Wilson.

The subject's address was provided by the customer.

## Validation Checks

| | |
|---|---|
| **GPS** | Service was recorded 125.65ft from the service address, which is within the bounds of expectation. |
| **Photo** | A photo was taken at the time of service. |

## ✓ Personal Service

**Date:** 12/18/2025  **Time:** 9:34 AM CST
**Address:** 340 N Milwaukee Ave, Vernon Hills, IL 60061-1533
**GPS Coordinates:** 42.233116 -87.943886  **Process Server:** Kathryn Wilson
**License:** 129344969

I delivered the documents to Marci Holleb who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.

**Attachments**

 



📍 Address  📍 GPS

## Event History

### ② Served by Personal Service

**Date:** 12/18/2025  **Time:** 9:34 AM CST
**Address:** 340 N Milwaukee Ave, Vernon Hills, IL 60061-1533
**GPS Coordinates:** 42.233116 -87.943886  **Process Server:** Kathryn Wilson
**License:** 129344969

By delivery to Marci Holleb, I delivered the documents to Marci Holleb who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.

**Attachments**

 



 
📍 Address  📍 GPS

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.



Service Detail Report

**Jerelle Thomas Smith v. Baxter Credit Union**

Case Number 1:25-cv-12711 | US District Court, Illinois, Northern District, Eastern Division, Chicago

### 1  Process Server Assigned

**Date:** 12/17/2025  **Time:** 3:25 PM CST
**Process Server:** Kathryn Wilson  **License:** 129344969

Documents Received: Process server received documents for Baxter Credit Union.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**evidencechain**™ — Service Detail Report

**Jerelle Thomas Smith v. Baxter Credit Union**

Case Number 1:25-cv-12711 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Photos Appendix

### Served by Personal Service on 12/18/2025 9:34 AM CST (3 Photos)
340 N Milwaukee Ave, Vernon Hills, IL 60061-1533






Service Detail Report

**Jerelle Thomas Smith v. Baxter Credit Union**

Case Number 1:25-cv-12711 | US District Court, Illinois, Northern District, Eastern Division, Chicago

**Served by Personal Service on 12/18/2025 9:34 AM CST (3 Photos)**
340 N Milwaukee Ave, Vernon Hills, IL 60061-1533



©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.