U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Jerelle Thomas Smith v Baxter Credit Union

Case Number: 1:25-cv-12711

An appearance is hereby filed by the undersigned as attorney for:
Baxter Credit Union

Attorney name (type or print): Kevin A. Ameriks

Firm: Gordon Rees Scully Mansukhani LLP

Street address: 1 N. Wacker Drive Suite 1600

City/State/Zip: Chicago IL 60606

Bar ID Number: 6292277
(See item 3 in instructions)

Telephone Number: 312-565-1400

Email Address: kameriks@grsm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 8, 2026

Attorney signature: S/ Kevin A. Ameriks
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023