IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERELLE-THOMAS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-12711 |
| | ) | Hon. Martha M. Pacold |
| BAXTER CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BAXTER CREDIT UNION'S
NOTIFICATION OF AFFILIATES**

Defendant Baxter Credit Union ("BCU"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, for its Corporate Disclosure Statement and Notification of Affiliates, states:

1. BCU has no parent corporation.

2. BCU has no publicly held affiliates.

3. There is no publicly held corporation owning more than 10% of BCU's stock.

BAXTER CREDIT UNION
By: */s/ Kevin Ameriks*
    One of its attorneys

Kevin Ameriks (#6292277)
Gordon Rees Scully Mansukhani LLP
1 N. Wacker Drive Suite 1600
Chicago IL 60606
312-565-1400
kameriks@grsm.com