UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERELLE-THOMAS SMITH,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER CREDIT UNION,<br><br>Defendant. | Case No. 1:25-cv-12711<br>Judge Martha M. Pacold |

## DEFENDANT BAXTER CREDIT UNION'S MOTION TO DISMISS

Defendant Baxter Credit Union ("BCU"), by and through its undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves for dismissal of the Complaint for failure to state a claim upon which relief can be granted, and in support thereof attaches and incorporates herein its Memorandum of Law.

WHEREFORE, Baxter Credit Union prays for entry of an Order that dismisses the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for such further relief as is just, including that dismissal be with prejudice since an amendment would be futile.

**GORDON REES SCULLY MANSUKHANI LLP**
By:   */s/ Kevin A. Ameriks*

Brian W. Norkett (#6195461)
Kevin Ameriks (#6292277)
1 N. Wacker Drive Suite 1600
Chicago IL 60606
Tel: 312-565-1400
E-mail: bnorkett@grsm.com
E-mail: kameriks@grsm.com
*Attorneys for Baxter Credit Union*
