# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jerelle Thomas Smith

                Plaintiff,

v.                               Case No.: 1:25−cv−12711
                                              Honorable Martha M. Pacold

Baxter Credit Union

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 23, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: The telephone status hearing set for 1/22/2026 is stricken and reset for 2/18/2026 at 9:00 a.m. in Courtroom 2325. Defendant's reply to their motion to dismiss, [36], is due by 2/13/2026. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.