# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jerelle Thomas Smith
        Plaintiff,

v.                Case No.: 1:25−cv−12711
                Honorable Martha M. Pacold

Baxter Credit Union
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

  MINUTE entry before the Honorable Martha M. Pacold: Video status hearing held on 2/18/2026. The parties confirmed that defendant's motion to dismiss [36] is fully briefed. Defendant's motion is taken under advisement. The court will rule by written order or set a telephone ruling from the bench. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.