**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerelle Thomas Smith

                Plaintiff,

v.                                     Case No.: 1:25−cv−12711
                                     Honorable Martha M. Pacold

Baxter Credit Union

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' briefing on whether the court has subject matter jurisdiction, [48], [50], and [51], and finds that the court has jurisdiction because the amount in controversy is plausibly above $75,000. See 28 U.S.C. § 1332. Defendant's motion to dismiss, [36], remains under advisement. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.