

 

MAM FILED 7/14/2026 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERELLE-THOMAS SMITH,
Plaintiff,

v.

BAXTER CREDIT UNION,
Defendant.

Case No. 1:25-cv-12711
Honorable Martha M. Pacold

### EMERGENCY PRESENTMENT IN EXCLUSIVE EQUITY
### FOR ABATEMENT, PRESERVATION OF THE RES, AND FULL CAUSE

To the Honorable Martha M. Pacold, sitting in chambers:

I, **jerelle-thomas: smith™©**, Principal Executive Officer, Executive Cashier, Executor–Creditor–Beneficiary–Subrogee, bring this continuing injury directly to the conscience of the Court.

While this matter remains under consideration, BCU continues taking disputed funds without first rendering full accounting.

From August 1, 2025, through July 1, 2026, BCU took:

L01 / Mercedes offsets: **$6,961.18**
L02 / Cadillac offsets: **$3,552.12**

Total taken: **$10,513.30**

On July 1, 2026, alone, BCU took another **$1,152.30**, reducing the checking account to near $0.00 and requiring an emergency $200.00 transfer from a business account to prevent an overdraft.

BCU cannot take first and account later.

I call upon the Court's equitable conscience to:

1.  abate all further offsets, sweeps, withdrawals, transfers, or setoffs concerning L01 and L02;

2.  preserve the remaining res and all records concerning these accounts;

3.  require BCU to show full cause, supported by a complete verified accounting, for each taking totaling $10,513.30;

**EMERGENCY PRESENTMENT IN EXCLUSIVE EQUITY | ABATEMENT | PRESERVATION OF THE RES | FULL CAUSE**

4. require BCU to identify the authority, account entry, payment application, balance effect, and disposition of every amount taken;

5. require BCU to show cause why the $10,513.30 should not be restored, credited, or held intact pending full accounting; and

6. take immediate in-chambers review before any further depletion occurs.

The res is before the Court. The injury is continuing. Equity requires preservation before exhaustion and accounting before further taking.

I solemnly affirm before the Almighty that the foregoing is true from firsthand knowledge

Placed upon the record and served upon BCU's counsel on July 14, 2026.

Let further depletion be abated.
Let the res remain whole.
Let BCU show full cause and a complete accounting for every dollar-denominated credit, account entry, and amount taken.

**jerelle-thomas: smith™©**
Principal Executive Officer
Executive Cashier
Executor–Creditor–Beneficiary–Subrogee
appearing in private capacity and exclusive equity
all inherent rights and equitable remedies reserved
without prejudice

Autograph: _jerelle-thomas smith AKR UCC 1-308/1-103_
_without prejudice — no joinder_
_Executor - Beneficiary - Creditor - Subrogee_
_Executive Cashier_