**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerelle Thomas Smith

                Plaintiff,

v.                                   Case No.: 1:25−cv−12711

                                   Honorable Martha M. Pacold

Baxter Credit Union

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 30, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from the bench held on 7/30/2026. For the reasons stated on the record, defendant's motion to dismiss, [36], is granted. The dismissal is without prejudice, and plaintiff is granted leave to file an amended complaint by 9/29/2026 if plaintiff can do so consistent with today's ruling and Rule 11. If plaintiff does not file an amended complaint by that date, the case will be dismissed with prejudice, and the court will enter final judgment. The parties are directed to file a joint status report by 10/6/2026. If defendants intend to respond to any amended complaint by way of motion, the parties should include in the status report a proposed briefing schedule. If defendants intend to respond by way of an answer, the parties should include a proposed discovery schedule. Plaintiff's emergency presentment in exclusive equity for abatement, preservation of the res, and full cause, [53], is denied for the reasons stated on the record. In addition to the above matters discussed at the hearing, on further consideration after the hearing, defendants' deadline to answer or otherwise respond to any forthcoming amended complaint is stayed until further order of court, to allow the court time to review the 10/6/26 joint status report and enter an appropriate scheduling order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.